East Coast Appraisal Service (718)634-1700

**Summary Appraisal Report**

# Exterior-Only Inspection Residential Appraisal Report

487733-0
File # 248098

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| Field | Value |
|---|---|
| Property Address | 8 Pond Hill Road |
| City | Chappaqua |
| State | NY |
| Zip Code | 10514 |
| Borrower | Alexis Furer |
| Owner of Public Record | Alexis Furer |
| County | Westchester |
| Legal Description | Block 1 Lot 19 |
| Assessor's Parcel # | 3600-092-018-00001-000-0019 |
| Tax Year | 2010 |
| R.E. Taxes $ | 15,875 |
| Neighborhood Name | None Noted |
| Map Reference | Map Point |
| Census Tract | 131.04 |
| Occupant | ☒ Owner ☐ Tenant ☐ Vacant |
| Special Assessments $ | N/A |
| PUD | ☐ HOA $ ☐ per year ☐ per month |
| Property Rights Appraised | ☒ Fee Simple ☐ Leasehold ☐ Other (describe) |
| Assignment Type | ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Drive-by Inspection |
| Lender/Client | Emigrant Bank |
| Address | 5 East 42nd St, NY NY 10017 |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s). The subject is not currently listed on the MLS, not has it been listed in the past 12 months.

## CONTRACT

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. N/A/Appraisal for drive by.

Contract Price $ NA    Date of Contract    Is the property seller the owner of public record? ☐ Yes ☐ No   Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid. N/A

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location: ☐ Urban ☒ Suburban ☐ Rural | Property Values: ☐ Increasing ☒ Stable ☐ Declining | PRICE / AGE | One-Unit 80 % |
| Built-Up: ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply: ☐ Shortage ☒ In Balance ☐ Over Supply | $ (000) (yrs) | 2-4 Unit 10 % |
| Growth: ☐ Rapid ☒ Stable ☐ Slow | Marketing Time: ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | 650 Low 20 | Multi-Family % |
| | | 900 High 90 | Commercial 10 % |
| | | 745 Pred. 85 | Other % |

Neighborhood Boundaries: W Orchard Road to the north, Dogwood to the south, Route 100 to the west and 120 to the east.

Neighborhood Description: The subject property is within close proximity to all major amenities such as public transportation, schools, shopping centers, and houses of worship. Major thorougfares via Saw MIll parkway and 133. The subject is located in a residential neighborhood.

Market Conditions (including support for the above conclusions): The market in the subject area is currently stable after a 12-18 month period of decline. Interest buydowns and sellers concessions are not common and therefore, will not affect marketability. Interest rates are low and there is ample capital available.

## SITE

| Field | Value |
|---|---|
| Dimensions (subject to survey) | |
| Area | 1.22 Acres |
| Shape | Rectangular |
| View | Residential |
| Specific Zoning Classification | R-1/2 |
| Zoning Description | Residential (1/2 acre minimum) |
| Zoning Compliance | ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe) |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No   If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☐ | ☒ Septic | Alley None | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 3609210005B   FEMA Map Date 9/1979

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No   If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No   If Yes, describe
No adverse easements or encroachments noted. Septic tanks are common and customary to the area.

## IMPROVEMENTS

Source(s) Used for Physical Characteristics of Property: ☐ Appraisal Files ☒ MLS ☒ Assessment and Tax Records ☐ Prior Inspection ☐ Property Owner
☐ Other (describe)    Data Source for Gross Living Area  Assessors Office

| General Description | General Description | Heating/Cooling | Amenities | Car Storage |
|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☐ Concrete Slab ☐ Crawl Space | ☐ FWA ☒ HWBB | ☒ Fireplace(s) # 1 | ☐ None |
| # of Stories 1.5 | ☒ Full Basement ☒ Finished | ☐ Radiant | ☐ Woodstove(s) # | ☒ Driveway # of Cars 2 |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | ☐ Partial Basement ☐ Finished | ☐ Other | ☒ Patio/Deck | Driveway Surface Concrete |
| ☒ Existing ☐ Proposed ☐ Under Const. | Exterior Walls Cedar | Fuel Gas | ☐ Porch | ☒ Garage # of Cars 2 |
| Design (Style) Cape | Roof Surface Asphalt | ☒ Central Air Conditioning | ☐ Pool | ☐ Carport # of Cars |
| Year Built 1955 | Gutters & Downspouts Metal | ☐ Individual | ☐ Fence | ☒ Attached ☐ Detached |
| Effective Age (Yrs) 15 | Window Type Dbl Hung | ☐ Other | ☐ Other | ☐ Built-in |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains: 7 Rooms   4 Bedrooms   2 Bath(s)   1,984 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.) The subject features a two car garage, a screened porch and a deck.

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.) The subject is in overall average condition based on exterior inspection. Per the exterior there are no needed repairs noted.

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No
If Yes, describe.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No   If No, describe.

Freddie Mac Form 2055 March 2005    Page 1 of 6    Fannie Mae Form 2055 March 2005

Form 2055 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Exterior-Only Inspection Residential Appraisal Report

File # 248098   487733-0

There are **47** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **700,000** to $ **765,000**.
There are **16** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **700,000** to $ **899,000**.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 8 Pond Hill Road, Chappaqua, Ny 10514 | 34 Meadow Lane, Chappaqua, Ny 10514 | | 22 Kipp Street, Chappaqua, Ny 10514 | | 15 Granit Road, Chappaqua, Ny 10514 | |
| Proximity to Subject | | .27 Miles | | .45 Miles WNW | | .80 Miles NNW | |
| Sale Price | $ NA | $ 727,000 | | $ 740,000 | | $ 774,500 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 345.20 sq.ft. | | $ 370.00 sq.ft. | | $ 279.50 sq.ft. | |
| Data Source(s) | | Mls/Geo Data #2932765 | | Mls/Realist.com #2932346 | | Mls/Realist.com #913265 | |
| Verification Source(s) | | Exterior Inspection | | Exterior Inspection | | Exterior Inspection | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | None, Dom 73 | | None, Dom 190 | | None, Dom 168 | |
| Date of Sale/Time | | 1/4/2010 | | 4/27/2010 | | 10/22/2009 | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1.22 Acres | .56 Acres | +16,500 | .74 Acres | +12,000 | 1 Acre (5.4) | -16,500 |
| View | Residential | Residential | | Residential | | Average | |
| Design (Style) | Cape | Ranch | | Cape | | Colonial | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 55 Years | 50 Years | | 46 Years | | 31 Years | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade Room Count | Total 7 / Bdrms. 4 / Baths 2 | Total 7 / Bdrms. 4 / Baths 2 | | Total 6 / Bdrms. 3 / Baths 2 | | Total 9 / Bdrms. 4 / Baths 3.5 | -15,000 |
| Gross Living Area | 1,984 sq.ft. | 2,106 sq.ft. | | 2,000 sq.ft. | | 2,771 sq.ft. | -19,675 |
| Basement & Finished Rooms Below Grade | Full, Finished | Full, Finished | | Full, Finished | | Full, Unfinished | +5,000 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Hw/Cac | Hw/Cac | | Hw/Cac | | Ohw/Cac | |
| Energy Efficient Items | None Noted | None Noted | | None Noted | | None Noted | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 1 Car Garage | +5,000 | 2 Car Garage | |
| Porch/Patio/Deck | Scrnd Pch/Dk, F/P | Patio, F/P | +5,000 | Deck, F/P | | Patio, F/P | |
| Net Adjustment (Total) | | ☒ + ☐ - $ | 21,500 | ☒ + ☐ - $ | 17,000 | ☐ + ☒ - $ | -46,175 |
| Adjusted Sale Price of Comparables | | Net Adj. 3.0 % / Gross Adj. 3.0 % $ | 748,500 | Net Adj. 2.3 % / Gross Adj. 2.3 % $ | 757,000 | Net Adj. 6.0 % / Gross Adj. 7.3 % $ | 728,325 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   Realist.Com
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   Realist.com
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 0 | 0 | 0 | 0 |
| Price of Prior Sale/Transfer | 9/6/2007 | 0 | 0 | 0 |
| Data Source(s) | 799000 | Mls | Mls | Mls |
| Effective Date of Data Source(s) | 5/2010 | 5/2010 | 5/2010 | 5/2010 |

Analysis of prior sale or transfer history of the subject property and comparable sales   The subject has not transferred title in the past 36 months.
The sales have not transferrred title in the past 12 months.

Summary of Sales Comparison Approach   All of the sales utilized within this report are the most recent and the most similar sales available within the subject's marketing area.

Indicated Value by Sales Comparison Approach $ 745,000

**Indicated Value by: Sales Comparison Approach $ 745,000    Cost Approach (if developed) $ 43,419,500    Income Approach (if developed) $**

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: The subject was appraised in "as is" condition with no repairs or modernization needed.

**Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 745,000 , as of May 13, 2010 , which is the date of inspection and the effective date of this appraisal.**

**Exterior-Only Inspection Residential Appraisal Report**  487733-0  File # 248098

**ADDITIONAL COMMENTS**

The adjustments to the comparable sale prices are as follows:
Lot size $250 per .01 acre
$5000 per half bath
Gla $25 per square foot
$5000 for unfinished basement
$5000 per stall for garage
Sales 4 and 5 are currently on the market and have been adjusted 10% for negotiations.

**COST APPROACH TO VALUE (not required by Fannie Mae)**

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW
Source of cost data  Marshall & Swift/Local Contractors
Quality rating from cost service  Average   Effective date of cost data  Nov. 2009
Comments on Cost Approach (gross living area calculations, depreciation, etc.)
Land values exceed 30% of total value due to its desirability of the area and scarcity of available building plots. This will not affect the marketability of the subject at our appraised value.

| | | | |
|---|---|---|---|
| OPINION OF SITE VALUE | | =$ | 175,000 |
| DWELLING  2,880  Sq.Ft. @ $  200.00 | | =$ | 576,000 |
|  1,200  Sq.Ft. @ $  25.00 | | =$ | 30,000 |
| Patio/Porch | | =$ | 5,000 |
| Garage/Carport  440  Sq.Ft. @ $  25.00 | | =$ | 11,000 |
| Total Estimate of Cost-New | | =$ | 576,460 |
| Less  Physical  Functional  External | | | |
| Depreciation  1,411 | | =$( | 1,411) |
| Depreciated Cost of Improvements | | =$ | 575,049 |
| "As-is" Value of Site Improvements | | =$ | 10,000 |

Estimated Remaining Economic Life (HUD and VA only)  45 Years
INDICATED VALUE BY COST APPROACH  =$  760,049

**INCOME APPROACH TO VALUE (not required by Fannie Mae)**

Estimated Monthly Market Rent $       X Gross Rent Multiplier      = $     Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)

**PROJECT INFORMATION FOR PUDs (if applicable)**

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes  ☐ No   Unit type(s) ☐ Detached  ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases      Total number of units      Total number of units sold
Total number of units rented    Total number of units for sale    Data source(s)
Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No  If Yes, date of conversion
Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No  Data Source(s)
Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

**Exterior-Only Inspection Residential Appraisal Report**  File # 487733-0 / 248098

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

09-23972-rdd   Doc 36-5   Filed 07/09/10   Entered 07/09/10 15:28:49   Exhibit C
Pg 5 of 16

Exterior-Only Inspection Residential Appraisal Report   File # 248098   487733-0

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

Freddie Mac Form 2055 March 2005          Page 5 of 6          Fannie Mae Form 2055 March 2005

Form 2055 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Exterior-Only Inspection Residential Appraisal Report**  487733-0  File # 248098

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature: *Danielle LoCicero* | Signature: |
| Name: Danielle LoCicero | Name: |
| Company Name: East Coast Appraisal Service | Company Name: |
| Company Address: 50 Court Street, Suite #508, Brooklyn, Ny 11201 | Company Address: |
| Telephone Number: 718-834-1700 | Telephone Number: |
| Email Address: Info@eastcoastappraisal.com | Email Address: |
| Date of Signature and Report: May 19, 2010 | Date of Signature: |
| Effective Date of Appraisal: May 13, 2010 | State Certification #: |
| State Certification #: | or State License #: |
| or State License #: 47000014626 | State: |
| or Other (describe): ____ State #: ____ | Expiration Date of Certification or License: |
| State: New York State | |
| Expiration Date of Certification or License: 11/13/2011 | SUBJECT PROPERTY |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did not inspect subject property |
| 8 Pond Hill Road | ☐ Did inspect exterior of subject property from street |
| Chappaqua, Ny 10514 | Date of Inspection ____ |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 745,000 | COMPARABLE SALES |
| LENDER/CLIENT | ☐ Did not inspect exterior of comparable sales from street |
| Name ____ | ☐ Did inspect exterior of comparable sales from street |
| Company Name: Emigrant Bank | Date of Inspection ____ |
| Company Address: 5 East 42nd St, NY NY 10017 | |
| Email Address ____ | |

## Exterior-Only Inspection Residential Appraisal Report

487733-0
File # 248098

| FEATURE | SUBJECT | COMPARABLE SALE #4 | | COMPARABLE SALE #5 | | COMPARABLE SALE #6 | |
|---|---|---|---|---|---|---|---|
| Address | 8 Pond Hill Road Chappaqua, Ny 10514 | 15 Pond Hill Road Chappaqua, Ny 10514 | | 41 Meadow Lane Chappaqua, Ny 10514 | | | |
| Proximity to Subject | | .06 Miles | | .29 Miles | | | |
| Sale Price | $ NA | $ 799,000 | | $ 819,000 | | $ | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 319.60 sq.ft. | | $ 345.86 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | Mls/Realist.com #3012817 | | Mls/Realist.com #3004915 | | | |
| Verification Source(s) | | Exterior Inspection | | Exterior Inspection | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | None Active | | None Active | | | |
| Date of Sale/Time | | Ld 4/19/2010 | -39,950 | Ld 2/22/2010 | -40,950 | | |
| Location | Average | Average | | Average | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 1.22 Acres | 1.12 Acres | | .54 Acres | +1,700 | | |
| View | Residential | Residential | | Residential | | | |
| Design (Style) | Cape | Ranch | | Split | | | |
| Quality of Construction | Average | Average | | Average | | | |
| Actual Age | 55 Years | 53 Years | | 49 Years | | | |
| Condition | Average | Average | | Average | | | |
| Above Grade Room Count | Total 7 Bdrms 4 Baths 2 | Total 7 Bdrms 3 Baths 2.5 | -5,000 | Total 8 Bdrms 4 Baths 3 | -10,000 | Total Bdrms Baths | |
| Gross Living Area | 1,984 sq.ft. | 2,500 sq.ft. | -12,900 | 2,368 sq.ft. | -9,600 | sq.ft. | |
| Basement & Finished Rooms Below Grade | Full Finished | No Bsmt | +25,000 | Full Finished | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | Hw/Cac | Hw/Cac | | Hw/Cac | | | |
| Energy Efficient Items | None Noted | None Noted | | None Noted | | | |
| Garage/Carport | 2 Car Garage | 1 Car Garage | +5,000 | 2 Car Garage | | | |
| Porch/Patio/Deck | Scrnd Pch/Dk F/P | Snrm/Deck F/P | | Scrnd Pch/Dk | | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -27,850 | ☐ + ☒ - $ | -58,850 | ☐ + ☐ - $ | |
| Adjusted Sale Price of Comparables | | Net Adj. 3.5 % Gross Adj. 11.0 % | $ 771,150 | Net Adj. 7.2 % Gross Adj. 7.6 % | $ 760,150 | Net Adj. % Gross Adj. % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 0 | 0 | 0 | |
| Price of Prior Sale/Transfer | 9/6/2007 | 0 | 0 | |
| Data Source(s) | 799000 | Realist.com | Mls | |
| Effective Date of Data Source(s) | 5/2010 | 5/2010 | 5/2010 | |

Analysis of prior sale or transfer history of the subject property and comparable sales    Sales 4 and 5 are currently on the market and have been adjusted for negotiations.

Analysis/Comments

Freddie Mac Form 2055 March 2005    Fannie Mae Form 2055 March 2005

Form 2055.(AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Market Conditions Addendum to the Appraisal Report

487733-0
File No. 248098

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| | | | | |
|---|---|---|---|---|
| Property Address | 8 Pond Hill Road | City Chappaqua | State Ny | ZIP Code 10514 |
| Borrower | Alexis Furer | | | |

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

## MARKET RESEARCH & ANALYSIS

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 11 | 1 | 4 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Absorption Rate (Total Sales/Months) | 1.83 | 0.33 | 1.33 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Total # of Comparable Active Listings | 15 | 9 | 23 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 8.2 | 27.3 | 17.3 | ☐ Declining | ☒ Stable | ☐ Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 720,000 | 727,000 | 829,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 115 | 73 | 67 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Comparable List Price | 739,000 | 749,000 | 759,900 | ☐ Increasing | ☒ Stable | ☒ Declining |
| Median Comparable Listings Days on Market | 116 | 124 | 49 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 95.49 | 97.06 | 98.75 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☐ Yes ☒ No | | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.). Sellers concessions are not common to the area. The subject is located in a stable market after a 12 to 18 month decline. The subject area has declined over the past 12 months per mls data. The above data shows increasing sale prices and increasing list prices in the past 3 months, however the overall area is still in a state of decline.

Are foreclosure sales (REO sales) a factor in the market?  ☐ Yes  ☒ No    If yes, explain (including the trends in listings and sales of foreclosed properties).

Cite data sources for above information.    Mls

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The market as it pertains to 1 family properties such as the subject is currently is nominally declining.

## CONDO/CO-OP PROJECTS

If the subject is a unit in a condominium or cooperative project, complete the following:    Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?  ☐ Yes  ☐ No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

## APPRAISER

| | | | |
|---|---|---|---|
| Signature *Danielle LoCicero* | | Signature | |
| Appraiser Name    Danielle LoCicero | | Supervisory Appraiser Name | |
| Company Name    East Coast Appraisal Service | | Company Name | |
| Company Address    50 Court Street, Suite #508  Brooklyn, Ny 11201 | | Company Address | |
| State License/Certification #    47000014626 | State    New York State | State License/Certification # | State |
| Email Address    Info@eastcoastappraisal.com | | Email Address | |

Freddie Mac Form 71    March 2009                Page 1 of 1                Fannie Mae Form 1004MC    March 2009

Form 1004MC2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Subject Photo Page

| Borrower/Client | Alexis Furer | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 8 Pond Hill Road | | | | | |
| City | Chappaqua | County | Westchester | State | Ny | Zip Code 10514 |
| Lender | Emigrant Bank | | | | | |



### Subject Front

8 Pond Hill Road
Sales Price        NA
Gross Living Area  1,984
Total Rooms        7
Total Bedrooms     4
Total Bathrooms    2
Location           Average
View               Residential
Site               1.22 Acres
Quality            Average
Age                55 Years



### Subject Front/right side



### Subject Street Street

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | Alexis Furer |
| Property Address | 8 Pond Hill Road |
| City | Chappaqua |
| County | Westchester |
| State | Ny |
| Zip Code | 10514 |
| Lender | Emigrant Bank |



### Comparable 1
34 Meadow Lane
Prox. to Subj.  .27 Miles
Sales Price  727,000
G.L.A.  2,106
Tot. Rooms  7
Tot. Bedrms.  4
Tot. Bathrms.  2
Location  Average
View  Residential
Site  .56 Acres
Quality  Average
Age  50 Years



### Comparable 2
22 Kipp Street
Prox. to Subj.  .45 Miles WNW
Sales Price  740,000
G.L.A.  2,000
Tot. Rooms  6
Tot. Bedrms.  3
Tot. Bathrms.  2
Location  Average
View  Residential
Site  .74 Acres
Quality  Average
Age  46 Years



### Comparable 3
15 Granit Road
Prox. to Subj.  .80 Miles NNW
Sales Price  774,500
G.L.A.  2,771
Tot. Rooms  9
Tot. Bedrms.  4
Tot. Bathrms.  3.5
Location  Average
View  Average
Site  1 Acre (5.4)
Quality  Average
Age  31 Years

Form PIC4x6.CR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Comparable Photo Page

| Borrower/Client | Alexis Furer | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 8 Pond Hill Road | | | | | |
| City | Chappaqua | County | Westchester | State | Ny | Zip Code 10514 |
| Lender | Emigrant Bank | | | | | |



### Comparable 4

Prox. to Subj.
Sales Price
G.L.A.
Tot. Rooms
Tot. Bedrms.
Tot. Bathrms.
Location
View
Site
Quality
Age



### Comparable 5

Prox. to Subj.
Sales Price
G.L.A.
Tot. Rooms
Tot. Bedrms.
Tot. Bathrms.
Location
View
Site
Quality
Age

### Comparable 6

Prox. to Subj.
Sales Price
G.L.A.
Tot. Rooms
Tot. Bedrms.
Tot. Bathrms.
Location
View
Site
Quality
Age

# Location Map

| Borrower/Client | Alexis Furer | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 8 Pond Hill Road | | | | | |
| City | Chappaqua | County | Westchester | State | Ny | Zip Code 10514 |
| Lender | Emigrant Bank | | | | | |



Form MAP.LOC — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# License



PLCSI　　　　Fax 9149099270　　　　Apr 9 2010 04:05pm P002/002

# CNA

REAL ESTATE PRACTICE POLICY

## Declarations

| Agency | Branch | Prefix | Policy Number |
|--------|--------|--------|---------------|
| 078990 | 969 | REP | 13331265910 |

Insurance is provided by
Continental Casualty Company
CNA Plaza, Chicago, IL 60685,
A Stock Insurance Company.

NOTICE TO POLICYHOLDERS:
The Errors and Omissions Liability Coverage afforded by this policy is on a Claims Made Basis. Please review the Policy carefully and discuss this coverage with your insurance agent or broker.

1. **NAMED INSURED AND MAILING ADDRESS:**

   Midtown Valuation, Inc. DBA: East Coast Appraisal Service
   50 Court Street
   Suite 508
   Brooklyn, NY 11201

2. **POLICY PERIOD:**　Inception: 04/07/2010　　Expiration: 04/07/2011
   at 12:01 A.M. Standard Time at your address shown above.

3. **ERRORS AND OMISSIONS LIABILITY:**

   A. Limits of Liability:　Each Claim:　$1,000,000　　Aggregate:　$1,000,000

   B. Lockbox Limit of Liability:　　　　　　　　　　　　　　　　　　$30,000
      (SUBLIMIT INCLUDED WITHIN THE LIMITS OF LIABILITY)

   C. Vicarious Liability and Disparate Impact Discrimination Limit of Liability:　$25,000
      (SUBLIMIT INCLUDED WITHIN THE LIMITS OF LIABILITY)

   D. Deductible:　Each Claim:　　　　　　　　　　　　　　　　　　$5,000

   E. First Coverage Date:　04/07/1998

4. **Premium:**　　　　　　　　　　　　　　　　　　　　　　　　$1,160.00
   ENVIRONMENTAL HAZARDS:　　　　　　　　　　　　　　　　　$116.00
   TOTAL PREMIUM:　　　　　　　　　　　　　　　　　　　　$1,276.00

The premium for any Extended Claim Reporting Period requested as specified in the policy will be: 200% of the annual premium for 3 years.

*Countersigned by Authorized Representative*

G-128413-B31
(Ed. 02/00)

I95533-B21183

- 1 -

Form SCNLGL — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

PLCSI                Fax 9149099270              Feb 19 2010 09:33am  P002/003



## PLCSI
**PROFESSIONAL LIABILITY CONSULTING SERVICES, INC.**
Professional Liability • Health Insurance

Friday, February 19, 2010

Mr. Michael Pavlakos, *Owner*
Midtown Valuation, Inc.
50 Court Street - Suite 508
Brooklyn, NY 11201

Re:         Insurance Binder - ID#: 95533
            Real Estate Appraisers - Errors & Omissions (E&O)
Effective:  4/7/2010 to 4/7/2011

Dear Michael:

As per your request, please be advised that your firm's E&O insurance coverage has been bound with Continental Casualty Company (CNA), an admitted carrier in the State of New York, which has an AM Best rating of A (Excellent). Coverage terms are as follows:

| Limits of Liability (Per Claim/Aggregate) | Deductible Per Claim | Annual Premium |
|---|---|---|
| $1,000,000/$1,000,000 | $5,000 | $1,276.00 |

**Coverage Includes:**

i.   *Defense In Addition to the Limits of Liability.*
ii.  *First Dollar Defense Coverage. The Deductible applies to Damages only.*
iii. *Blanket Employee and Independent Contractor Coverage.\**

\* Solely while working on behalf of the Named Insured - Firm.

Retroactive Date:    4/7/1998 - As per expiring policy.

**Additional Coverage(s):**

1. Environmental Hazards Endorsement:        Elected

Note: Please be advised, that the limits of liability under this endorsement is part of, and not in addition to, the limits of liability for the policy. In addition, this coverage enhancement is for the failure to detect or disclose the existence of environmental hazards and specifically excludes the failure to test for, monitor, clean up, remove, contain, and treat, etc., any pollution or the effects thereof.

*Ensuring that you are properly insured* ™
45 Knollwood Road - 2nd Floor • Elmsford, NY 10523
914.592.6506 • Fax 914.592.6508 • www.plcsi.com

Form SCNLGL — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

PLCSI     Fax 9149099270     Feb 19 2010 09:33am  P003/003


PLCSI

Friday, February 19, 2010
Page 2 of 2

**Additional Coverage(s) - Continued:**

**2. Residential Ownership Coverage Endorsement:**     N/A.

*Note: Coverage is provided for the sale of residential properties wholly or partially owned by an insured or an insured's spouse. Residential properties means a single family residence or multi-family residences with four (4) or fewer units.*

**3. Vicarious Liability and Disparate Impact Discrimination:**     Included.

*Note: The coverage sub-limit is Standard $25,000.00.*

**4. Lockbox or Keyless Entry System Coverage:**     Included.

*Note: The coverage sub-limit is $30,000.*

**Additional Exclusions:**

1. Business Valuations and Construction Phase Inspections are excluded from coverage.
2. Regulatory Exclusion Endorsement will be added to the policy.
3. All other endorsements as per the expiring policy.

**Premium Financing:**     Available

**Total Premium & PLCSI Processing Fee:**     Deposit rec'd

Please make your premium check payable to:     PLCSI

*Note: Please be advised that your total premium due must be received in our office within fifteen (15) days from the date of this binder letter. If your payment is late then a $45.00 late charge will apply.*

Michael, our office is prepared to help you in every possible way. Please do not hesitate to contact us if you have any questions or would like to discuss your E&O coverage in further detail.

I personally assure you that every effort will be made to maintain your continued confidence and satisfaction.

Sincerely,

Professional Liability Consulting Services, Inc.

Dennis M. Supraner
President